No. 80–6683. HUMPHREY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 80–6684. CAIN *v.* MOORE, WARDEN. Sup. Ct. Conn. Certiorari denied.

No. 80–6685. HURT *v.* DISTRICT OF COLUMBIA BOARD OF PAROLE. C. A. D. C. Cir. Certiorari denied.

No. 80–6686. MAGEE *v.* CAMPOY, ASSOCIATE WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–6687. RODRIGUEZ *v.* OLD ROSE DISTRIBUTORS. C. A. 7th Cir. Certiorari denied.

No. 80–6688. VAN HOUTEN *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 80–6689. MILLER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–6691. GREEN *v.* JAGO, CORRECTIONAL SUPERIN-TENDENT. C. A. 6th Cir. Certiorari denied.

No. 80–6697. YACAVONE *v.* BOLGER, POSTMASTER GEN-ERAL, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 80–6698. KENO *v.* DWYER, JUDGE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–6699. NOVEL *v.* CIVIL COURT OF THE CITY OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–6705. COX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.